# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| JAIME LAGO-LOPEZ,<br><br>Plaintiff,<br><br>v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>Defendant. | CIVIL NO. 24-1203 (GLS) |

## ORDER

Plaintiff Jaime Lago-López filed a Complaint seeking review of a final decision of the Commissioner of Social Security ("Commissioner") which denied his application for disability insurance benefits. Docket No. 1.

On July 16, 2024, the Commissioner filed the transcript of the administrative record. Docket No. 16. Plaintiff filed his Memorandum of Law on September 16, 2024. Docket No. 23. On November 14, 2024, the parties jointly requested that the Court remand the case to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Docket No. 28.

The parties' joint motion is **GRANTED**. Judgment shall be entered remanding the case to the Commissioner for further administrative proceedings pursuant to the fourth sentence of 42 U.S.C. § 405(g).

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 22nd day of November 2024.

                                         s/Giselle López-Soler
                                         GISELLE LÓPEZ-SOLER
                                         United States Magistrate Judge